COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-06-297-CV

 

MARK
IRWIN STEVENS                                                        APPELLANT

                                                                                                        

                                                   V.

 

LYNN
STEVENS                                                                     APPELLEE

                                                                                                        

                                               ----------

            FROM THE 233RD
DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion To
Dismiss Appeal.@  It is the court=s opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P. 42.1(a)(1), 43.2(f). 

Costs of the appeal shall be paid by the appellant, for which let
execution issue.

PER
CURIAM       

 

PANEL D:  HOLMAN, GARDNER, and WALKER, JJ.

 








DELIVERED:  October 26, 2006











[1]See Tex. R. App. P. 47.4.